FILED
APR 17 2017
Clerk, U.S District Court
District Of Montana
Great Falls

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| PAMELA JO POLEJEWSKI<br><br>Plaintiff,<br><br>vs.<br><br>CROSSROADS CORRECTIONAL CENTER,<br><br>Defendant. | CV 16-105-BMM-JTJ<br><br>**ORDER** |

Plaintiff Pamela Jo Polejewski filed a Motion for Leave to File a Second Amended Complaint on April 3, 2017. (Doc. 7.) She previously filed a Motion for Leave to File an Amended Complaint or in the Alternative to Refile the Complaint on March 28, 2017. (Doc. 6.) In both motions Ms. Polejewski request that the Court allow her to file an amended complaint because the agent of service was unable to serve the original complaint on the defendant due to confusion regarding the defendant's correct corporate name. (Doc. 7 at 1.) Ms. Polejewski originally named Crossroads Correctional Center (CCC) as the defendant. She has since learned that because CCC is an entity of CoreCivic, Inc. (CCI), CCI is the appropriate party to receive service in this matter. (*Id.*) The Court will grant Ms. Polejewski's latest motion and allow her to file an amended complaint. Because

1

Ms. Polejewski's previous Motion for Leave to File an Amended Complaint or in the Alternative to Refile the Complaint request identical relief as her latest motion, the previous motion will be denied as moot.

For good cause shown, the Court issues the following:

## ORDER

1. Ms. Polejewski's Motion for Leave to File A Second Amended Complaint (Doc. 7.) is **GRANTED.**

2. Ms Polejewski's Motion for Leave to File an Amended Complaint or in the Alternative to Refile the Complaint (Doc. 6.) is **DENIED AS MOOT**.

DATED this 17th day of April 2017.

_____
John Johnston
United States Magistrate Judge